# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DEC 2 7 2007

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '07 MJ 2993

The person charged as <u>ESTRADA, Juan Manuel</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Eastern</u> District of <u>New York</u> on <u>4/27/07</u> with <u>Title 18 USC 752,</u> in violation of:

Custody for a Federal Felony Offense

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: <u>12/27/07</u>

Matt Peters
CI -Deputy United States Marshal

Dexter Vilain for Matt Peters

Reviewed and Approved

DATE:

Assistant United States Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN　　DISTRICT OF　　NEW YORK

UNITED STATES OF AMERICA

V.

**JUAN MANUEL ESTRADA**

**WARRANT FOR ARREST**

CASE NUMBER:

M-0?-530

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JUAN MANUEL ESTRADA**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　☐ Information　■ Complaint　☐ Order of court　☐ Violation Notice　☐ Probation Violation Petition

charging him or her with (brief description of offense)

attempting, instigating, aiding or assisting an escape, or attempt to escape, by a person ~~arrested and in~~ ~~committed to the custody~~ ~~of the Attorney General~~ custody for a federal felony offense

in violation of Title __18__ United States Code, Section(s) __752__

**Honorable Steven M. Gold**
Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Signature of Issuing officer

__April 27, 2007　　Brooklyn, New York__
Date and Location

Bail fixed at $ _____ by _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SLD:ESM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-0 530**

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JUAN MANUEL ESTRADA,

        Defendants.

- - - - - - - - - - - - - - - -X

TO BE FILED UNDER SEAL

AFFIDAVIT IN SUPPORT OF
AN ARREST WARRANT

(18 U.S.C. § 752)

EASTERN DISTRICT OF NEW YORK, SS:

    CATHERINE A. BRADY, being duly sworn, deposes and states that she is a Deputy United States Marshal with the United States Marshal's Service, Eastern District of New York ("USMS"), duly appointed according to law and acting as such.

    Upon information and belief, from in or about and between November 2005 to March 2006, within the Eastern District of New York and elsewhere, the defendants JUAN MANUEL ESTRADA did knowingly and intentionally aid or assist the attempt to escape of a person ~~from the custody of the Attorney General or his authorized representative who had been~~ in custody by virtue of an arrest on a charge of a federal felony.

    (Title 18, United States Code, Section 752.)

    The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant

1.  I have been a Deputy Marshal with the USMS for approximately nine years. The facts set forth below are based upon my personal observations, as well as observations of other law enforcement officers.

2.  On or about December 16, 2005, a package for inmate Laurel Chavez, who was an inmate at the Queens Private Correctional Facility ("QPCF") in Queens, New York, arrived via United States mail at the QPCF.[2/] The corrections officer who received the package opened it per QPCF regulations to check the contents for contraband. The package contained a small radio with an antenna. According to QPCF regulations, radios with antennas are not permitted to be possessed by inmates. Accordingly, the corrections officer declined to give it to inmate Chavez. At the time that the corrections officer declined to give the radio to inmate Chavez, Chavez became extremely agitated.

3.  The same day, the law enforcement officers were debriefing a cooperating witness ("CW") who was then housed at the QPCF. The CW informed law enforcement, among other things, that the CW had been a party to several conversations with inmate Chavez in which Chavez stated that he was planning an escape from

---

facts and circumstances of which I am aware.

[2/]  Chavez was in custody following his arrest for [federal] narcotics trafficking -- a [offense] felony.

the QPCF. Specifically, the CW related that Chavez had informed the CW and others that he had been a machinist prior to his arrest for narcotics trafficking and was familiar with steel work. Chavez stated that he had devised a plan to escape the QPCF through a window by removing the window screws. He further said that he had removed a window screw, made an imprint of the screw and sent that imprint to an individual in California, since identified as ESTRADA, so that ESTRADA could obtain some tools to remove the other window screws and send them to Chavez. Specifically, Chavez informed the CW that ESTRADA was supposed to secret the necessary tools to in an electronic device and send Chavez the device containing the tools at the QPCF. Chavez would then extract the tools from the electronic device and use them to facilitate his escape from the QPCF.

4. After obtaining this information from the CW, law enforcement officers contacted correction officers at QPCF and relayed the information. Corrections officers at QPCF then examined the radio mailed to Chavez and discovered that the radio contained a small set of tools. Chavez was immediately moved from QPCF to the Metropolitan Detention Center in Brooklyn, New York.

5. Following this incident, the CW placed a consensually recorded telephone call to ESTRADA during which the CW informed ESTRADA that the radio containing the tools to

4

facilitate the escape had been seized and Chavez had been placed in another facility. In addition, the CW and ESTRADA discussed having ESTRADA make a new set of tools to facilitate the CW's escape. ESTRADA agreed to make a new set of tools in return for United States currency. The CW agreed and informed ESTRADA that the CW would send a relative to ESTRADA's auto repair shop in California to make a down payment for the job.

5. On or about February 24, 2006, a USMS undercover ("UC") placed a consensually monitored call to ESTRADA during which call ESTRADA and the UC agreed to meet. Later that day, at approximately 2:20 p.m., the UC met ESTRADA at ESTRADA's place of business in El Monte, California.[3/] During the meeting, ESTRADA agreed to provide the UC with a small portable radio in which a set of tools to facilitate the CW's would be secreted. The UC then provided ESTRADA with $220 in United States currency in order for ESTRADA to purchase the tools and the portable radio. The UC and ESTRADA agreed to meet the following week after ESTRADA had finished the job.

6. On or about March 3, 2006, the UC met ESTRADA at ESTRADA's place of business in El Monte, California at which time ESTRADA provided to the UC a small portable radio.[4/] Estrada

---

[3/] This meeting was consensually recorded by the UC and surveilled by law enforcement.

[4/] This meeting was consensually recorded by the UC and surveilled by law enforcement.

5

demonstrated that the radio was in working condition. Thereafter, law enforcement officers opened the radio and discovered tools secreted in the radio.

WHEREFORE, your deponent respectfully requests that the defendant JUAN MANUEL ESTRADA be dealt with according to law.

*Catherine A. Brady*
CATHERINE A. BRADY
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
27th day of April, 2007

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK