**VICTOR N. PIPPINS**
California State Bar No.  251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Mr.Estrada

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2993 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| JUAN MANUEL ESTRADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of

California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

attorney in the above-captioned case.

Respectfully submitted,


Dated:  December 31, 2007                */s/ Victor N. Pippins*
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
                                         Victor_Pippins@fd.org

1

**<u>CERTIFICATE OF SERVICE</u>**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7

8  Dated:  December 31, 2007                      /s/ *Victor N. Pippins*

Federal Defenders of San Diego, Inc.
9                                                225 Broadway, Suite 900
San Diego, CA  92101-5030
10                                               (619) 234-8467  (tel)
(619) 687-2666  (fax)
11                                               Victor_Pippins@fd.org email

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28