**Minutes of the United States District Court**
**Southern District of California**
**January 29, 2008**

| | |
|---|---|
| HON.  LEO S. PAPAS | DEPUTY CLERK: J. JARABEK |

TAPE NO. LSP08- 1; 10:38-11:07

| | | | |
|---|---|---|---|
| 07MJ2993-LSP | USA | vs. | JUAN MANUEL ESTRADA - 05681298 (C) |
| REMOVAL/ID HRG | | | VICTOR PIPPINS, FEDERAL DEFENDERS, INC. |
| | | | AUSA: CHARLOTTE KAISER |

GOVERNMENT MOTION TO RE-OPEN THE CASE - GRANTED

AGENT MATTHEW PETERS - RE-CALLED/SWORN/TESTIFIED

EXHIBITS E AND F REFERRED TO

COURT FINDS DEFENDANT TO BE JUAN MANUEL ESTRADA

COURT ORDERS DEFENDANT REMOVED TO THE EASTERN DISTRICT OF NEW YORK

WARRANT OF REMOVAL ISSUED TO USM

GOVERNMENT ORAL MOTION FOR DETENTION BASED ON RISK OF FLIGHT AND DANGER TO THE COMMUNITY

DETENTION HEARING SET FOR 1/31/08 9:30AM BEFORE JUDGE PAPAS

29 MINUTES

29 MINUTES